**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, | No. C 12-03964 WHA |
| Plaintiff, | |
| v. | **REFERRAL OF RELATED CASES** |
| CARLOS MARTINEZ, | |
| Defendant. / | |

 Pro se defendant Carlos Martinez removed this unlawful detainer action from San Mateo County Superior Court, Case No. CLJ-204777. The notice of removal asserts that diversity jurisdiction the basis of federal subject-matter jurisdiction. Plaintiff US Bank National Association has filed a motion to remand (Dkt. No. 8). Defendant has not filed an opposition and was ordered to show cause by September 18 (Dkt. No. 15).

 The removed action appears to be identical to that in an earlier-filed action, Case No. 4:12-cv-01249-CW. The purported basis for removal in that case was federal question jurisdiction, but the parties and the underlying state case appear to be the same. Accordingly, these cases may be related under Local Rule 3-12. The undersigned hereby refers this case for a determination of whether the cases should be related.

 **IT IS SO ORDERED.**

Dated: September 24, 2012.

             WILLIAM ALSUP
             UNITED STATES DISTRICT JUDGE